JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Atorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN R. ZABEL,<br><br>Defendant. | PO 14-5023-BLG-CSO<br><br>Violation No. F3945969<br>Location Code:  M6H<br><br>MOTION TO DISMISS<br>WITH PREJUDICE |
|---|---|

      The United States, represented by John D. Sullivan, Assistant United States Attorney, respectfully moves to dismiss with prejudice Violation Notice F3945969, issued to Steven R. Zabel on July 29, 2014, for trail riding on National Forest Lands.   It is no longer in the interests of justice to pursue this matter.

1

DATED this 12th day of March, 2015.

                                  MICHAEL W. COTTER
                                  United States Attorney

                                  */s/ John D. Sullivan*
                                  JOHN D. SULLIVAN
                                  Assistant U.S. Attorney